Amy Seresa **ZIMMERMAN–ELLIOTT,**
Plaintiff–Appellant,

v.

**HALIFAX COUNTY CIRCUIT COURT,**
Defendant–Appellee.

No. 15–1721.

United States Court of Appeals,
Fourth Circuit.

Submitted: Oct. 8, 2015.

Decided: Oct. 22, 2015.

Amy Seresa Zimmerman–Elliott, Appellant Pro Se.

Before KEENAN and THACKER, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Remanded by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Amy Seresa Zimmerman–Elliott seeks to appeal the district court's order dismissing without prejudice her civil complaint for failure to state a claim. In a civil case in which the United States is not a party, parties have 30 days following the entry of the district court's final judgment or order in which to file a notice of appeal. Fed. R.App. P. 4(a)(1)(A). However, if a party moves for an extension of time to appeal within 30 days after expiration of the original appeal period and demonstrates excusable neglect or good cause, a district court may extend the time to file a notice of

appeal. Fed. R.App. P. 4(a)(5)(A); *Washington v. Bumgarner,* 882 F.2d 899, 900–01 (4th Cir.1989).

The district court's final order in this case was entered on May 8, 2015. Zimmerman–Elliott filed her notice of appeal on June 19, 2015, after the expiration of the 30–day appeal period but within the excusable neglect period. Zimmerman–Elliott's notice of appeal contained language that fairly can be construed as a request for an extension of time to appeal. Accordingly, we remand this case to the district court for the limited purpose of determining whether Zimmerman–Elliott has demonstrated excusable neglect or good cause warranting an extension of the 30–day appeal period. The record, as supplemented, will then be returned to this Court for further consideration.

*REMANDED.*